No. 241. Tom We Shung *v.* Brownell, Attorney General, et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Jack Wasserman* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for respondents.

No. 129. Jones *v.* United States. C. A. 7th Cir. Certiorari denied. *Sarsfield Collins* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 176. Kelley *v.* Rohn, Executor. Supreme Court of Nebraska. Certiorari denied. *Ralph R. Bremers* for petitioner. *Thomas P. Leary* for respondent.

No. 213. M. & J. Tracy, Inc. *v.* United States. Court of Claims. Certiorari denied. *James S. Hays* and *William E. Grady, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney, Leavenworth Colby* and *Hubert H. Margolies* for the United States.

No. 226. Reconstruction Finance Corp. *v.* Harrisons & Crosfield, Ltd., by Fred Pusinelli & Co., Inc., Agent. C. A. 2d Cir. Certiorari denied. *Acting Solicitor General Davis* for petitioner. *Francis A. Brick, Jr.* and *Burr F. Coleman* for respondent.